AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

JAMES LINDY ARGO
STATE CUSTODY/DECATUR CO. JAIL
BAINBRIDGE, GA

**WARRANT FOR ARREST**

Case Number: 1:05CR264-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JAMES LINDY ARGO_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Distribute a Controlled Substance

Use of Communications Facility

in violation of Title ___21:___ United States Code, Section(s) ___846 & 843(b)___

DEBRA P. HACKETT
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

NOVEMBER 18, 2005 AT MONTGOMERY, ALABAMA
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |