COURTROOM DEPUTY MINUTES         DATE: __AUGUST 30, 2006__
MIDDLE DISTRICT OF ALABAMA
                                 DIGITAL RECORDING: __11:34 - 11:40__

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NO. 1:05-CR-264-MEF-CSC | DEFT. NAME: JAMES LINDY ARGO |
| USA: A. CLARK MORRIS | ATTY: DANIEL HAMM |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO |
| USPTSO/USPO: | |

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.      Date of Arrest _____ or  ☐ Rule 5 Arrest
- ☐ Kia.       Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted   ORAL ORDER appointing Federal Defender  - **Notice to be filed.**
- ✓ 20appt.    Panel Attorney Appointed;  ✓ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel.  Has retained _____
- ☐           Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐           Government's WRITTEN Motion for Detention Hrg. filed.
- ☐           DETENTION HRG  ☐ held; ☐ Set for_____;  ☐ Prelim. Hrg ☐ Set for_____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.     ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.      ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
               ☐ BOND EXECUTED (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.        Deft. ORDERED REMOVED to originating district
- ☐ krmvhrg.   Identity/Removal Hearing  ☐ set for _____;  ☐ WAIVER of Rule 5 & 5.1 Hearings
- ☐ kwvprl.    Waiver of   Preliminary hearing;
- ☐           Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ Karr.     ARRAIGNMENT SET FOR:_____   ✓ HELD. Plea of NOT GUILTY entered.
              ✓ Trial Term    10/24/06    ;  ☐ PRETRIAL CONFERENCE DATE: _____
              ☐ DISCOVERY DISCLOSURES DATE:    8/30/06
- ☐ Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**

\* SPECIAL TRIAL SETTING ON 10/24/06. COUNSEL ADVISED TO CONTACT JUDGE FULLER'S OFFICE.