| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   SEPTEMBER 25, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:    1:15 p. m. to 1:19 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 1:05CR264-MEF-CSC**     **DEFENDANT NAME: JAMES LINDY ARGO**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  VERNE SPEIRS | ATTY.  DANIEL HAMM |

√     **DISCOVERY STATUS:** Complete.

___

√     **PENDING MOTION STATUS:**   None.

√     **PLEA STATUS:** Possible Plea.

___

√     **TRIAL STATUS:** Will take 2 days to try cases, if goes to trial.

___

☐     **REMARKS:**

___