# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>V.<br><br>**JAMES LINDY ARGO, DEFENDANT.** | **CASE NUMBER**<br><br>**1:05-CR-264-MEF** |

## MOTION TO CONTINUE

**COMES NOW** counsel for the defendant, James Lindy Argo, and moves this Honorable Court to continue Defendant's trial by stating the following grounds:

1. This case is currently set for Trial on October 24, 2006.

2. That the initial discovery in this case is voluminous (approximately 12,000 pages) and Defendant's Counsel has just received 20 or more CD's and the debriefing statement of one of the co-defendants in this case.

3. The Defendant and the Government are negotiating the terms and conditions of a plea agreement and will need a short continuance.

4. Counsel has spoken to Clark Morris, Assistant United States Attorney and the Government has no objection to the continuance.

5. A *Waiver of Speedy Trial,* pursuant to *Title 18 United States Code §3161*, will be filed in support of the instant motion.

**WHEREFORE** the above premises considered, the Defendant prays that this Honorable Court will grant the foregoing motion and continue the Defendant's trial.

**RESPECTFULLY SUBMITTED** this the 13th day of October, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX               334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 13th day of October, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

A. Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197