# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JAMES LINDY ARGO, DEFENDANT. | CASE NUMBER<br><br>1:05-CR-264-MEF |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

**COMES NOW**, the defendant, James Lindy Argo, having been informed of my rights to a speedy trial within seventy (70) days of my indictment. I am aware that the right to have this trial within this seventy day period is not absolute and that the Court based upon the need for justice or at my request or a request by the government may grant a continuance and extend the time period before my trial.

I hereby knowingly waive my rights to a speedy trial pursuant to *Title 18 United States Code §3161*.

**RESPECTFULLY SUBMITTED** this the 4th day of October, 2006.

*/s/ James Lindy Argo*
JAMES LINDY ARGO
DEFENDANT