| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 13, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:04 p.m. to 1:05 p.m. |

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY  **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR264-MEF-CSC  **DEFENDANT NAME:** JAMES L. ARGO

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. A. CLARK MORRIS | ATTY. DANIEL HAMM |

---

√    **DISCOVERY STATUS:** Complete.

√    **PENDING MOTION STATUS:**   None.

√    **PLEA STATUS:**   Possible plea.  Will file notice of intent this week;

√    **TRIAL STATUS:** Will take 2 ½ days try case if goes to trial.

√    **REMARKS:** Counsel advised to get notice filed.