# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBERS |
| V. | 1:05-CR-264-MEF |
| JAMES LINDY ARGO, DEFENDANT. | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, James Lindy Argo, by and through the undersigned counsel and notifies this Honorable Court of his intent to change his plea from not guilty to guilty.

1. Defendant has not received the plea agreement from the Government; however, all parties have, in principal, agreed upon the terms and conditions of the agreement and as long as the terms in the actual document are the same as those discussed, the Defendant will change his plea from not guilty to guilty.

2. Defendant requests that this Court set the change of plea hearing.

**RESPECTFULLY SUBMITTED** this the 15th day of November, 2006.

                                  **/s/ Daniel G. Hamm**
                                  DANIEL G. HAMM (HAM043)
                                  ATTORNEY FOR THE DEFENDANT
                                  **DANIEL G. HAMM, P.C.**
                                  560 SOUTH MCDONOUGH STREET
                                  MONTGOMERY, ALABAMA 36104
                                  TELEPHONE     334-269-0269
                                  FAX                 334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day placed a copy of this Notice of Intent to Change Plea by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the parties named below or parties if not represented by counsel.

**DONE** this the 15th day of November, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT

Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104