IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR. NO. 1:05CR264-MEF |
| ) | |
| JAMES LINDY ARGO ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #90) filed on November 15, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **November 20, 2006**, at **2:30 p.m.,** in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 15th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE