| | |
|---|---|
| COURTROOM DEPUTY MINUTES DATE: NOVEMBER 20, 2006 | FTR RECORDING: |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Reisner |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:05CR264-MEF-CSC | DEFENDANT NAME: JAMES LINDY ARGO |
| AUSA: A. CLARK MORRIS | DEFENDANT ATTY: DANIEL HAMM |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |

Defendant ___ does  √ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) 1 of the **Indictment.**

☐ Count(s)_____ ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered  √ Written plea agreement filed. ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for: ☐ Trial on _____;

☐ Sentencing on _____; ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.