```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr264-MEF |
| | ) | |
| SERGIO RIOS, | ) | |
| a/k/a Nick, Jose and Sergy; | ) | |
| JAMES LINDY ARGO, | ) | |
| a/k/a Catfish; | ) | |
| JOHNNY LAMAR SLAY, | ) | |
| a/k/a John Slay | ) | |

### MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike the forfeiture allegation from the indictment returned November 15, 2005.

A proposed Order is filed herewith.

Respectfully submitted this 13th day of February, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201
                    Montgomery, Alabama 36104
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2007, I electronically filed the foregoing Motion to Strike Forfeiture Allegation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris, Derek E. Yarbrough, Daniel G. Hamm** and **Donnie W. Bethel**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney