# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER              AT MONTGOMERY, AL

DATE COMMENCED:  2/20/07                AT:   9:20 a.m.
DATE COMPLETED:  2/20/07                AT:   9:40 a.m.

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CR NO. 1:05CR264-MEF |
| | § | |
| James Lindy Argo | § | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
| --- | --- | --- |
| A. Clark Morris | | Daniel G. Hamm |
| John T. Harmon | | |

COURT OFFICIALS PRESENT:

| Jimmy Dickens, Court Reporter | Doug Mathis, USPO |
| --- | --- |
| David Housholder, Law Clerk | Scott Wright, USPO |
| Kelli Gregg, Courtroom Clerk | |

COURTROOM PROCEEDINGS:

( X )   Sentencing

9:20 a.m. -   Court convenes.
Defense counsel states the terms of the plea agreement to the Court.
The Court will accept the terms of the plea agreement between the parties and sentence defendant accordingly.
Court GRANTS (#96) Government's Motion for Downward Departure for Acceptance of Responsibility.
Government states the reasons for filing their Motion for Downward Departure Pursuant to 5K1.1 (Doc. #97).
Court will GRANT Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc. #97).
Defense counsel waives objections that were previously made.
Court sentences defendant and advises him of his right to an appeal.
Defendant is remanded to the custody of the U.S. Marshal.
Government Motions to Strike the Forfeiture Allegation (Doc.#98).
Court GRANTS Government's Motion to Strike Forfeiture Allegation (Doc. #98).

9:40 a.m. -   Court is in recess.