AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment -- Page 2 of 6

**DEFENDANT:** JAMES LINDY ARGO
**CASE NUMBER:** 1:05CR264-2-MEF

RECEIVED
2007 JUN 18 P 4: 45
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Sixty (60) months. This sentence shall be served concurrently with the sentence imposed in the Middle District of Georgia, Docket No. 6:05cr22-001.**

X The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.
  The Court recommends that defendant's classification for placement be expedited and not empeded.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

RETURNED AND FILED
JUN 2 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

COMMITTED TO USP FPC ATLANTA
GA. ON 5/07/07
THE INSTITUTION DESIGNATED
BY THE BUREAU OF PRISONS
FOR SERVICE OF SENTENCE
Michael A. Zenk, WARDEN
BY: [signature]
LEGAL INSTRUMENTS EXAMINER

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL