IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CR-264-MEF |
| | ) | |
| JAMES LINDY ARGO | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #104) filed on July 9, 2007 by Daniel G. Hamm, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of July, 2007.

                                                      /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE